UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT
_____

FILED
United States Court of Appeals
Tenth Circuit

July 6, 2022

Christopher M. Wolpert
Clerk of Court

C1.G, on behalf of his minor son, C.G., the aggrieved party,

    Plaintiff - Appellant,

v.

SCOTT SIEGFRIED, Superintendent of Cherry Creek School District; CHRIS SMITH, Chief of Staff for the Educational Services Center of Cherry Creek School District; RYAN SILVA, Principal of Cherry Creek High School; KEVIN UHLIG, Assistant Principal at Cherry Creek High School; BRYNN THOMAS, Dean at Cherry Creek High School; CHERRY CREEK SCHOOL DISTRICT NO. 5; CARLA STEARNS, Executive Director of High School Education at Cherry Creek School District,

    Defendants - Appellees.

--------------------

AMERICAN CIVIL LIBERTIES UNION; AMERICAN CIVIL LIBERTIES UNION OF COLORADO; FOUNDATION FOR INDIVIDUAL RIGHTS IN EDUCATION; CATO INSTITUTE; ELECTRONIC FRONTIER FOUNDATION; NATIONAL SCHOOL BOARD ASSOCIATION; COLORADO ASSOCIATION OF SCHOOL BOARDS; KANSAS ASSOCIATION OF SCHOOL BOARDS; NEW MEXICO SCHOOL BOARDS ASSOCIATION; WYOMING SCHOOL BOARDS ASSOCIATION; UTAH

No. 20-1320
(D.C. No. 1:19-CV-03346-RBJ)
(D. Colo.)

SCHOOL BOARDS ASSOCIATION,

    Amici Curiae.

_____

**JUDGMENT**
_____

Before **MATHESON**, **KELLY**, and **McHUGH**, Circuit Judges.
_____

This case originated in the District of Colorado and was argued by counsel.

The judgment of that court is affirmed in part and reversed in part. The case is remanded to the United States District Court for the District of Colorado for further proceedings in accordance with the opinion of this court.

                    Entered for the Court

                      CHRISTOPHER M. WOLPERT, Clerk